# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CIVIL DIVISION

**SHEILA JEAN HEIER**                                                          **PLAINTIFF**

v.                              No. 4:22-cv-983-DPM

**KILOLO KIJAKAZI, Commissioner,**
**Social Security Administration**                                             **DEFENDANT**

## ORDER

The Court adopts Magistrate Judge Harris's unopposed recommendation, *Doc. 16*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 November 2023