# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SHEILA JEAN HEIER**                                                    **PLAINTIFF**

v.                              No. 4:22-cv-983-DPM

**KILOLO KIJAKAZI, Commissioner,**
**Social Security Administration**                                       **DEFENDANT**

## JUDGMENT

The Commissioner's decision is reversed and the claim is remanded for further administrative review. This is a "sentence four" remand. 42 U.S.C. 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101–02 (1991).

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 November 2023