## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CIVIL DIVISION

**SHEILA JEAN HEIER**                                                        **PLAINTIFF**

**v.**                              **No. 4:22-cv-983-DPM**

**KILOLO KIJAKAZI, Commissioner,**
**Social Security Administration**                              **DEFENDANT**

### ORDER

The Government hasn't objected to Heier's motion for an award of fees under 28 U.S.C. § 2412(d).  The hours and fees are reasonable.  The unopposed motion, *Doc. 19*, is therefore granted.  The Court awards $5,647.56—a reasonable attorney's fee of $5,538.80 and $108.76 in expenses—payable directly to Heer.  *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010).  The check should be mailed to Heer's lawyer.  The Court also awards $402 in costs, to be paid by the Judgment Fund of the United States Treasury.  28 U.S.C. § 2412(a) & 2412(c)(1);  28 U.S.C. § 2414.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 February 2024