IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CIVIL DIVISION

**SHEILA JEAN HEIER**                                                                 PLAINTIFF

v.                              No. 4:22-cv-983-DPM

**MARTIN O'MALLEY, Commissioner,**
**Social Security Administration**                                          DEFENDANT

## ORDER

1. Martin O'Malley is now the Commissioner of the Social Security Administration. The Court directs the Clerk to update the docket sheet. Fed. R. Civ. P. 25(d).

2. Motion, *Doc. 23*, granted. The fee requested for work done before this Court is reasonable and within the statutory limit. 42 U.S.C. § 406(b)(1); *Gisbrecht v. Barnhart*, 535 U.S. 789, 807 (2002). The Court awards an attorney's fee of $6,296.93 payable directly to Heier. The check must be mailed to her lawyer. Heier's lawyer must return the prior EAJA award, *Doc. 22*, to her.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 September 2024