# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CIVIL DIVISION

**SHEILA JEAN HEIER**                                              **PLAINTIFF**

v.                              No. 4:22-cv-983-DPM

**MARTIN O'MALLEY, Commissioner,**
**Social Security Administration**                                 **DEFENDANT**

## ORDER

Unopposed motion to amend, *Doc. 28*, granted for good cause. An amended Order will issue.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 November 2024