## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CIVIL DIVISION

**SHEILA JEAN HEIER**                                                    **PLAINTIFF**

v.                                      **No. 4:22-cv-983-DPM**

**MARTIN O'MALLEY, Commissioner,**
**Social Security Administration**                           **DEFENDANT**

### AMENDED ORDER

The contingency fee requested for work done before this Court is reasonable and within the statutory limit.    42 U.S.C. § 406(b)(1); *Gisbrecht v. Barnhart*, 535 U.S. 789, 807 (2002).   The Court awards an attorney's fee of $6,296.93 pursuant to the Social Security Act § 206(b)(1) and 42 U.S.C. § 406(b)(1).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_18 November 2024_